IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 02–cv-00436–EWN–MEH

ELIZABETH MOLLINGER-WILSON and
LT. COLONEL ROBERT E. WILSON, USMC-Ret.,

    Plaintiffs,

v.

THE QUIZNO'S FRANCHISE COMPANY,

    Defendant.

## SECOND AMENDED ORDER TO DISBURSE FUNDS

    Upon review of this file it is hereby

    ORDERED that this case is closed.  The clerk shall return $1 in the registry of the court to the plaintiffs, Elizabeth Mollinger-Wilson and Lt. Colonel Robert E. Wilson, USMC-Ret.

    Dated this 27th day of February, 2006.

                                        BY THE COURT:

                                        s/ Edward W. Nottingham
                                        EDWARD W. NOTTINGHAM
                                        United States District Judge